IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LADON SHIVER, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:01-CR-30 (CDL) |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on July 23, 2010. Neither party has filed an objection to this Recommendation, but Petitioner did file an "Amended Motion Rule 60(b) FRCP to Attack the Governments Petition That Seeks Action on Supervised Release" (ECF 104). To the extent that this "motion" could be considered an objection to the Magistrate Judge's Report and Recommendation, the Court considers it and thus reviews the record in this case *de novo*. After that review, the Court adopts and approves the Report and Recommendation filed by the United States Magistrate Judge on July 23, 2010 and makes it the Order of the Court.

The Court further notes that Petitioner's Amended Motion (ECF 104), which is nearly identical to the motion addressed in the Magistrate Judge's Report and Recommendation, fails for the same reason that his previously filed motion fails. It is untimely. Accordingly, that motion is likewise denied.

IT IS SO ORDERED, this 7th day of October, 2010.

>                             S/Clay D. Land
>                               CLAY D. LAND
>                       UNITED STATES DISTRICT JUDGE